**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DWAIN BRAZIL,** | ) NO. CV 16-789-ODW (KS) |
| **Petitioner,** | ) |
| v. | ) **JUDGMENT** |
| | ) |
| **SCOTT KERNAN,** | ) |
| **Respondent.** | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 9, 2016

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE